■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDDIE ORTIZ, Appellant. [823 NYS2d 116]—Motion for writ of error coram nobis denied. Present—Scudder, J.P., Martoche, Green and Pine, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v YANCY WEAREN, Appellant. [823 NYS2d 117]—Motion for writ of error coram nobis denied. Present—Hurlbutt, J.P., Scudder, Kehoe and Gorski, JJ.

■ DAVID MARTIN et al., Respondents-Appellants, v CHUCK HAFNER'S FARMERS' MARKET, INC., Doing Business as CHUCK HAFNER'S FARM MARKET AND GARDEN CENTER, et al., Appellants-Respondents. [823 NYS2d 116]—Motions for reargument or leave to appeal to the Court of Appeals denied. Present—Scudder, J.P., Kehoe, Martoche, Smith and Pine, JJ.

■ In the Matter of DAVID CASSELMAN, Appellant, v VILLAGE OF LOWVILLE, Respondent. [823 NYS2d 116]—Motion for leave to appeal to the Court of Appeals denied. Present—Gorski, J.P., Martoche, Smith, Green and Pine, JJ.

■ RONALD LYNCH, Appellant, v STATE OF NEW YORK, Respondent. (Claim No. 110584.) [823 NYS2d 116]—Motion for leave to appeal to the Court of Appeals denied. Present—Scudder, J.P., Gorski, Martoche and Green, JJ.

■ MICHAEL WOLFGANG, Respondent, v HAMPTON HILL VILLAS CONDOMINIUM BOARD OF MANAGERS et al., Appellants. [823 NYS2d 116]—Motion for reargument denied. Present—Hurlbutt, J.P., Scudder, Martoche and Smith, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HERNANDO BURNEY, Appellant. [821 NYS2d 501]—Motion for reargument granted and, upon reargument, the memorandum and order entered June 9, 2006 (30 AD3d 1082) is amended by deleting the text ", i.e., the mistaken belief that defendant was a second felony offender" from the first sentence of the memorandum. Present—Kehoe, J.P., Gorski, Martoche, Smith and Pine, JJ.

■ DONALD LABARGE, Appellant, v PETER HOLMES, Respondent. [823 NYS2d 116]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Kehoe, J.P., Gorski, Martoche, Smith and Pine, JJ.

■ JONATHAN P. CARLSON, Respondent, v TOWN OF MINA, et al., Appellants. [823 NYS2d 116]—Motion for reargument denied. Present—Gorski, J.P., Martoche, Green and Pine, JJ.